IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00953-MSK-MEH

BRETT BARBER and
CHRISTEL KOZAR,

      Plaintiffs,

v.

LEO SHIFRIN,
MARK SHIFRIN,
VALERIE FRISLEY,
MORTGAGE PLANNING AND LENDING SPECIALISTS LTD,
COUNTRYWIDE HOME LOANS, INC.,
LAND TITLE GUARANTEE COMPANY, and
NANCY CROWDER,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 31, 2007.**

      Plaintiff's Motion for Leave of Court to Amend Pleading [Filed May 28, 2007; Docket #11] is **denied without prejudice** as follows.  Pursuant to Fed. R. Civ. P. 15, Plaintiff need not seek leave of court to file an amended complaint when a defendant has not yet filed an answer.  However, Plaintiff's amended complaint does not comply with the D.C.Colo.L.Civ.R. 10.1.  Plaintiff may re-file the amended complaint without leave of court, in compliance with the Local Rules, prior to Defendants answering the complaint.

      Plaintiff is reminded that any future motions should also comply with D.C.Colo.L.Civ.R. 7.1.A, Duty to Confer.  Furthermore, Plaintiff is discouraged from citing to the Colorado Rules of Civil Procedure, which do not apply in this Court, even in cases removed from state court.